FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

00 JUN 29 AM 10: 46

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA,
ex rel. E. FRANK GRISWOLD, III,

    Plaintiffs,

CASE NO: 98-1480-CIV-T-24E

v.

LINCARE HOLDINGS, INC.,

    Defendant.

_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Come now plaintiffs E. FRANK GRISWOLD, III, and UNITED STATES OF AMERICA, and pursuant to Rule 41 (a)(1), Federal Rules of Civil Procedure, hereby stipulate to the entry of an Order dismissing the above matter, without prejudice, and state as follows:

1. On April 17, 2000, the Court entered an order lifting the seal on the complaint herein, pursuant to the Government's Notice of Election to Decline Intervention.

2. The Court ordered that if the action is proposed to be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

3. Plaintiff/relator E. FRANK GRISWOLD, III, seeks to voluntarily dismiss this action without prejudice, pursuant to Rule 41(a)(1), and states that no answer or motion for summary judgment has been filed in this cause.

SCANNED

31

4. By signing this stipulation below, the UNITED STATES OF AMERICA consents to the voluntary dismissal without prejudice.

| | |
|---|---|
| Terry A. Smiljanich | Jay G. Trezevant |
| Florida Bar No. 145359 | Florida Bar No. 802093 |
| James Hoyer Newcomer & Smiljanich, P.A. | Assistant United States Attorney |
| One Urban Centre, Suite 147 | Middle District of Florida |
| 4830 W. Kennedy Blvd. | 400 North Tampa Street, Suite 3200 |
| Tampa, FL 33609 | Tampa, FL 33602 |
| (813)286-4100 | (813) 274-6312 |
| Fax 286-4174 | Fax 274-6198 |
| Counsel for plaintiff/relator E. Frank Griswold, III | Counsel for United States of America |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to the above stipulation, this case is hereby DISMISSED, without prejudice.

**IT IS SO ORDERED,**

This 30th day of June 2000, at Tampa, Florida.

UNITED STATES DISTRICT COURT JUDGE

CC: Terry A. Smiljanich, Esq.
Jay G. Trezevant, Esq.

N:\GRISWOLD\LINCARE\PLEADING\voldism2.dft